**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____

Chapter you are filing under:
☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy  12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. **The same person must be *Debtor 1* in all of the forms.**

**Be as complete and accurate as possible.** If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **1.** | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **LOWELL** <br> First name <br><br> **JAMES** <br> Middle name <br><br> **GULLEY** <br> Last name and Suffix (Sr., Jr., II, III) | **JOLENE** <br> First name <br><br> **KAY** <br> Middle name <br><br> **GULLEY** <br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | **LOWELL J GULLEY** <br> **LOWELL GULLEY** | **JOLENE K GULLEY** <br> **JOLENE GULLEY** |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-3355 | xxx-xx-6986 |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|

Debtor 1 **LOWELL JAMES GULLEY**
Debtor 2 **JOLENE KAY GULLEY**    Case number *(if known)*

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

**About Debtor 1:**

☐ I have not used any business name or EINs.

SAN JOSE CONTRACTING, INC.
Business name(s)

01-0931216
EINs

**About Debtor 2 (Spouse Only in a Joint Case):**

☑ I have not used any business name or EINs.

Business name(s)

EINs

**5. Where you live**

**1333 W PECOS AVENUE**
**Mesa, AZ 85202**
Number, Street, City, State & ZIP Code

**Maricopa**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

**254 W SEAGULL PLACE**
**Chandler, AZ 85286**
Number, Street, City, State & ZIP Code

**Maricopa**
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1 **LOWELL JAMES GULLEY**
Debtor 2 **JOLENE KAY GULLEY**

Case number *(if known)*

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- [✓] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

**8. How you will pay the fee**

- [✓] **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- [ ] **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- [ ] **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- [ ] No.
- [✓] Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | ARIZONA | When | 1/19/17 | Case number | 17-00532 |
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- [✓] No
- [ ] Yes

| | | | | | |
|---|---|---|---|---|---|
| Debtor | | | | Relationship to you | |
| District | | When | | Case number, if known | |
| Debtor | | | | Relationship to you | |
| District | | When | | Case number, if known | |

**11. Do you rent your residence?**

- [ ] No. Go to line 12.
- [✓] Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?
  - [✓] No. Go to line 12.
  - [ ] Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Case 2:17-bk-01606-MCW    Doc 1    Filed 02/22/17    Entered 02/22/17 17:28:47    Desc
Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 3
                     Main Document    Page 3 of 16

Debtor 1 **LOWELL JAMES GULLEY**
Debtor 2 **JOLENE KAY GULLEY**

Case number *(if known)*

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No. Go to Part 4.

☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Name of business, if any

_____

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.
☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

Number, Street, City, State & Zip Code

Debtor 1 **LOWELL JAMES GULLEY**
Debtor 2 **JOLENE KAY GULLEY**

Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.** The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file. If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:* ☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. ☐ **I am not required to receive a briefing about credit counseling because of:** ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. ☐ **Active duty.** I am currently on active military duty in a military combat zone. If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:* ☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. ☐ **I am not required to receive a briefing about credit counseling because of:** ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. ☐ **Active duty.** I am currently on active military duty in a military combat zone. If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

| Debtor 1 | LOWELL JAMES GULLEY |
|---|---|
| Debtor 2 | JOLENE KAY GULLEY |

Case number *(if known)* _____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
INCLUDES TAX DEBT

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

☑ Yes. I am filing under Chapter 7.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Lowell James Gulley
**LOWELL JAMES GULLEY**
Signature of Debtor 1

/s/ Jolene Kay Gulley
**JOLENE KAY GULLEY**
Signature of Debtor 2

Executed on 02/22/2017
MM / DD / YYYY

Executed on 02/22/2017
MM / DD / YYYY

| | | |
|---|---|---|
| Debtor 1 | **LOWELL JAMES GULLEY** | |
| Debtor 2 | **JOLENE KAY GULLEY** | Case number *(if known)* |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

/s/ Harold E. Campbell       Date   02/22/2017
Signature of Attorney for Debtor        MM / DD / YYYY

**Harold E. Campbell**
Printed name

**CAMPBELL & COOMBS, P.C.**
Firm name

**1811 S. Alma School Road, Suite 225**
**Mesa, AZ 85210**
Number, Street, City, State & ZIP Code

Contact phone  **480-839-4828**       Email address   **heciii@haroldcampbell.com**

**005160**
Bar number & State

Certificate Number: 02998-AZ-CC-028258377


02998-AZ-CC-028258377

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>October 25, 2016</u>, at <u>10:24</u> o'clock <u>AM EDT</u>, <u>Jolene K Gulley</u> received from <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Arizona</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>October 25, 2016</u>      By: <u>/s/Shana Walker</u>

Name: <u>Shana Walker</u>

Title: <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 02998-AZ-CC-028267012



02998-AZ-CC-028267012

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>October 26, 2016</u>, at <u>3:17</u> o'clock <u>PM EDT</u>, <u>Lowell J Gulley</u> received from <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Arizona</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>October 26, 2016</u>          By: <u>/s/Candace Valentine</u>

                                      Name: <u>Candace Valentine</u>

                                      Title: <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

GULLEY, LOWELL and JOLENE -

ADVANCED SURGICAL ASSOC.
2945 S. DOBSON RD.
MESA AZ 85202


AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265


AMERICAN EXPRESS
PO BOX 981535
EL PASO TX 79998


AMEX
CORRESPONDENCE
PO BOX 981540
EL PASO TX 79998


ANDREW TORRES
1032 S WANDA DRIVE
GILBERT AZ 85296


ARIZONA DEPARTMENT OF REVENUE
P.O. BOX 29070
PHOENIX AZ 85038


BANK OF AMERICA
NC4-105-03-14
PO BOX 26012
GREENSBORO NC 27410


BARCLAYS BANK DELAWARE
PO BOX 8801
WILMINGTON DE 19899


BMW FINANCIAL SERVICES
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 3608
DUBLIN OH 43016


BUCK GULLEY
1333 W PECOS AVENUE
MESA AZ 85202

GULLEY, LOWELL and JOLENE -

CALIFORNIA FRANCHISE TAX BOARD
P.O. BOX 942867
SACRAMENTO CA 94240

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130

CAPITAL ONE
P.O. BOX 26625
RICHMOND VA 23261

CHASE
P.O. BOX 15548
WILMINGTON DE 19886-5548

CHASE CARD SERVICES
ATTN: CORRESPONDENCE DEPT
PO BOX 15298
WILMINGTON DE 19850

CHRISTOPHER LARGE
8112 E JUANITA AVENUE
MESA AZ 85209

CHRISTOPHER ROBLES
3529 YELLOW ROSE STREET
EL PASO TX 79936

CITIBANK
CITICORP CREDIT SERVICES/ATTN: CENTRALIZ
PO BOX 790040
SAINT LOUIS MO 63179

CITY OF APACHE JUNCTION
300 E. SUPERSTITION BLVD.
APACHE JUNCTION AZ 85219

CITY OF AVONDALE
TAX DEPARTMENT
11465 W CIVIC CENTER DRIVE, STE 280
AVONDALE AZ 85323

GULLEY, LOWELL and JOLENE -

CITY OF CHANDLER
TAX & LICENCE DIVISION
MAIL STOP 701, P.O. BOX 4008
CHANDLER AZ 85244-4008

CITY OF FLAGSTAFF
TAX AND LICENSE DIVISION
211 W. ASPEN AVENUE
FLAGSTAFF AZ 86001

CITY OF GLENDALE
PRIVILAGE TAX SEC
P.O. BOX 800
GLENDALE AZ 85311

CITY OF MESA
P.O. BOX 1466
MESA AZ 85211-1466

CITY OF PEORIA
TAX AND LICENSE SECTION
8401 W MONROE STREET
PEORIA AZ 85345

CITY OF PHOENIX
PRIVILEGE (SALES) TAX LICENSE
251 W. WASHINGTON ST, 9TH FLOOR
PHOENIX AZ 85003

CITY OF SCOTTSDALE
TAX AND LICENSE REGISTRATION
3939 N. DRINKWATER BLVD.
SCOTTSDALE AZ 85251

CITY OF TEMPE
P.O. BOX 29617
PHOENIX AZ 85038-9617

CITY OF TUCSON
103 E. ALAMEDA ST.
P.O. BOX 27210
TUCSON AZ 85726-7210

CLAYDON LLC
1687 E LINDA LANE
GILBERT AZ 85234

GULLEY, LOWELL and JOLENE -

COMENITY BANK/VICTORIA SECRET
PO BOX 18215
JEFFERSONVILLE OH 43128

COMMERCE BANK KANSAS
PO BOX 419248 KCREC-10
KANSAS CITY MO 64179

COOPER BAKER
2450 E FOUNTAIN STREET
MESA AZ 85213

DEETO SST
PO BOX 23060
COLUMBUS GA 31902-3060

DESERT STAR WINDOWS LLC
9300 MOUNTAIN AVENUE
EL PASO TX 79925

DISCOVER FINANCIAL
PO BOX 3025
NEW ALBANY OH 43054

DZURINKO CONSULTING, INC.
11680 E SAHUARO DR
SCOTTSDALE AZ 85259

GUSTAVO ALVARADO
11976 OAK ABBEY CT
EL PASO TX 79936

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

INVESTORS WARRANTY OF AMERICA, INC.

IRS
210 E. EARL DRIVE
PHOENIX AZ 85003

GULLEY, LOWELL and JOLENE -

JESSICA OSBORN
150 S ROOSEVELT ROAD, APT 3035
MESA AZ 85202

JOE DZURINKO
11445 E. VIA LINDA
STE 2, PMB615
SCOTTSDALE AZ 85259

JOHN ESCOBAR
3104 GASTON DRIVE
EL PASO TX 79935

KABBAGE
PO BOX 77081
ATLANTA GA 30357

KAY JEWELERS/STERLING JEWELERS INC.
STERLING JEWELERS
PO BOX 1799
AKRON OH 44309

KELSI ANDERSON
726 E UNIVERSITY DR
MESA AZ 85203

LAURIE KELLY
835 W MAIN STREET, LOT 3
MESA AZ 85201

LOWELL GULLEY
1922 E WASHINGTON AVENUE
GILBERT AZ 85234

MARTIN RIOS
44286 W CYPRESS LANE
MARICOPA AZ 85138

MATTHEW MARTINEZ
4165 E SUPERSTITION BLVD
APACHE JUNCTION AZ 85119

MIKE CUMMINGS
456 DUBLIN
CHANDLER AZ 85225

GULLEY, LOWELL and JOLENE -


NATIONSTAR MORTGAGE
8950 CYPRESS WATERS BLVD
COPPELL TX 75019


NORDSTROM FSB
CORRESPONDENCE
PO BOX 6555
ENGLEWOOD CO 80155


NUSSBAUM GILLIS & DINNER PC
14850 N SCOTTSDALE RD, SUITE 450
SCOTTSDALE AZ 85254


OCWEN LOAN SERVICING LLC
ATTN: RESEARCH DEPT
1661 WORTHINTONG ROAD STE 100
WEST PALM BEACH FL 33409


PAUL GREEN
4149 E DOUGLAS AVENUE
GILBERT AZ 85234


RELIANCE MANAGEMENT
2122 E. HIGHLAND AVE. #400
PHOENIX AZ 85016


ROBERT DEAL
3424 RUNNING DEER
EL PASO TX 79936


SHELLY PEARSON
1922 E WASHINGTON AVENUE
GILBERT AZ 85234


SST/COLUMBUS BANK & TRUST
ATTN: BANKRUPTCY DEPT
PO BOX 3997
SAINT JOSEPH MO 64503


SYNTER RESOURCE GROUP
PO BOX 63247
NORTH CHARLESTON SC 29419

GULLEY, LOWELL and JOLENE -


TEXAS FRANCHISE TAX
PO BOX 149359
AUSTIN TX 78714-9359


US BANK/RMS CC
CARD MEMBER SERVICES
PO BOX 108
SAINT LOUIS MO 63166


WELLS FARGO BANK CARD
MAC F82535-02F
PO BOX 10438
DES MOINES IA 50306


WINDOWMART
PO BOX 570
ROYAL AR 71968